AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

NORTH CASCADES CONSERVATION COUNCIL,

        *Plaintiff*

v.

UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, and KRISTIN BAIL, in her official capacity as Forest Supervisor, Okanogan-Wenatchee National Forest, United States Forest Service,

        *Defendant*

Civil Action No.  2:22-CV-00293-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED.
Defendants' Motion for Summary Judgment (ECF No. 17) is GRANTED.
Judgment entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN  on motions for Summary Judgment.

Date:  01/17/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
      *(By) Deputy Clerk*

Allison Yates