FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH CASCADES CONSERVATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, a federal agency of the United States Department of Agriculture, and KRISTIN BAIL, in her official capacity as Forest Supervisor, Okanogan-Wenatchee National Forest, United States Forest Service,<br><br>Defendants. | No. 2:22-CV-00293-SAB<br><br>**ORDER DIRECTING U.S. FOREST SERVICE TO REMEDY DEFICIENCY IN THE EA** |

In a published opinion, the Ninth Circuit affirmed in part and reversed in part this Court's granting of summary judgment in favor of the U.S. Forest Service. ECF No. 39. The mandate issued on June 24, 2025.

In affirming, the Circuit concluded the U.S. Forest Service was not required to repeat the public comment process between the draft EA and the final EA, and the EA considered a reasonable range of alternatives. In reversing, it concluded the EA's discussion of the Twisp Restoration Project's cumulative effects was insufficient. It remanded for this Court to enter an Order requiring the U.S. Forest Service to remedy the deficiencies in the E.A.

**ORDER DIRECTING U.S. FOREST SERVICE TO REMEDY DEFICIENCY IN THE EA** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The U.S. Forest Service is directed to remedy the deficiency in the EA for the Twisp Restoration Project, as identified in the Ninth Circuit's opinion, and determine whether, in light of its revised cumulative effects analysis, an EIS is necessary.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 21st day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DIRECTING U.S. FOREST SERVICE TO REMEDY DEFICIENCY IN THE EA ~ 2**